UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                Case No. 11-cr-139-PB

**Francisco Pena-Pimental**

### O R D E R

The defendant has moved through counsel to continue the February 7, 2012 trial in the above case, citing the need for additional time to complete trial preparations or other disposition. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 7, 2012 to May 1, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The January 23, 2012 final pretrial conference is continued to April 16, 2012 at 4:00 p.m. No further continuances.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

January 18, 2012

cc:   Bjorn Lange, Esq.
      Terry L. Ollila, AUSA
      United States Marshal
      United States Probation