```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                         Case No. 11-cr-139-PB

<u>Francisco Pena-Pimental</u>

## O R D E R

The defendant has moved through counsel to continue the May 1, 2012 trial in the above case, citing the need for additional time to finalize plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2012 to July 10, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161 (h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on June 27, 2012 at 3:15 p.m.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

April 19, 2012

cc:   Bjorn Lange, Esq.
       Terry Ollila, Esq.
       United States Marshal
       United States Probation